OPINION — AG — ** PLEA OF NOLO CONTENDERE — CRIMINAL CHARGES — POLLUTION ** QUESTION: CAN AN OIL COMPANY PLEA ' NOLO CONTENDERE ' IN CRIMINAL OFFENSE OF POLLUTING A STREAM ? — THE MATTER IS FULLY REGULATED BY STATUTE AND THE COMMON LAW PLEA OF ' NOLO CONTENDERE ' IS NOT PERMISSIBLE (CRIMINAL PROCEEDINGS, CORPORATIONS, PLEAS) CITE: 22 O.S. 9 [22-9], 22 O.S. 513 [22-513] (SAM H. LATTIMORE)